BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone:  (415) 977-8928
     Facsimile:  (415) 744-0134
     E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SASCRAMENTO DIVISION

| | |
|---|---|
| DAVID JAMES GRIDLEY, | No. 2:14-cv-02352-DAD |
|     Plaintiff, | STIPULATION AND ORDER FOR |
|     vs. | FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER |
| | OPPOSITION TO PLAINTIFF'S |
| CAROLYN W. COLVIN, | OPENING BRIEF |
| Acting Commissioner of | |
| Social Security, | |
|     Defendant. | |

       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30 day extension, from July 29, 2015 to August 28, 2015,  in which to file her Opposition to Plaintiff's Opening Brief.

       This is Defendant's first request for an extension.  This request is the result of a heavy briefing schedule for counsel responsible for briefing this matter.  For example, Counsel is responsible for briefing dispositive motions in fifteen separate federal district court cases between July 20, 2015 and August 19, 2015, as well as other agency matters.

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: July 29, 2015          By: /s/ Marla K. Letellier
                                  MARLA K. LETELLIER
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

                              LAW OFFICE OF LAWRENCE D. ROHLFING

Dated: July 29, 2015          By: /s/ Lawrence D. Rohlfing
                                  LAWRENCE D. ROHLFING
                                  Attorney for Plaintiff
                                  (as approved by email on July 29, 2015)

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  July 30, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\gridley2352.stip.eot.ord.docx

2